UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| ALEJANDRO MONCADA, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> RESURGENT CAPITAL SERVICES, L.P., <br><br> Defendant. | Case No.: 2:20-cv-451-FtM-66NPM <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Resurgent Capital Services, L.P. shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:   February 10, 2021                           **COHEN & MIZRAHI LLP**

                                                                 /s/ *Yosef Steinmetz*
                                                              YOSEF STEINMETZ
                                                              Florida Bar No. 119968
                                                              300 Cadman Plaza West, 12th Floor
                                                              Brooklyn, New York 11201
                                                              Telephone: 929/575-4175
                                                              929/575-4195 (fax)
                                                              yosef@cml.legal

                                                              *Attorneys for Plaintiff*

| | |
|---|---|
| Dated: February 10, 2021 | **MESSER STRICKLER, LTD.** |
| | /s/ *Lauren M. Burnette, with consent* |
| | LAUREN M. BURNETTE |
| | Florida Bar No. 0120079 |
| | JOHN H. MAREES, II |
| | Florida Bar No. 0069879 |
| | 12276 San Jose Blvd, Suite 720 |
| | Jacksonville, FL 32223 |
| | Telephone: 904/527-1172 |
| | 904/683-7353 (fax) |
| | lburnette@messerstrickler.com |
| | jmarees@messerstrickler.com |
| | *Attorneys for Defendant* |

SO ORDERED:

_____
JUDGE, U.S. District Court
Middle District of Florida

CERTIFICATE OF SERVICE

I certify that on February 16, 2021, a true copy of the foregoing document was served electronically with the Clerk of the Court upon all counsel of record via ECF.

**COHEN & MIZRAHI LLP**

By: /s/ *Yosef Steinmetz*
YOSEF STEINMETZ, Esq.