UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALEJANDRO MONCADA,
individually, and on behalf of all
others similarly situated,

   Plaintiff,

v.             Case No: 2:20-cv-451-JLB-NPM

RESURGENT CAPITAL
SERVICES L.P.,

   Defendant.

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice. (Doc. 16.) The stipulation is self-executing and requires no further action from the Court. See Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).

**ORDERED** at Fort Myers, Florida, on February 17, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE